## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-8832 JFW (MRW) | Date | March 19, 2015 |
|---|---|---|---|
| Title | Howard v. County of Los Angeles | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

The Court informed Plaintiff in February that the Marshals Service required additional information about the deputy who allegedly violated Plaintiff's constitutional rights in order to serve the complaint. (Docket # 11.) The Court ordered Plaintiff to provide additional information about that individual or the complaint faced dismissal. To date, Plaintiff has not responded to the Court's order at all, and has not provided further information to identify the alleged tortfeasor.

Therefore, IT IS ORDERED that Plaintiff must show cause why the action should not be dismissed for failure to serve a proper party under Federal Rule of Civil Procedure 4 and 41. To discharge this OSC, Plaintiff must respond in writing by or before April 6 with: (a) an adequate explanation as to why he ignored the Court's February order; and (b) providing the addition identification or service information needed. Failure to file a timely response will lead to the dismissal of the lawsuit.